UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROY C. SPEGELE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>USAA LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 5:17-cv-00967-OLG |

**PLAINTIFF'S RESPONSE TO DEFENDANT USAA LIFE INSURANCE COMPANY'S MOTION FOR HEARING ON SUMMARY JUDGMENT, CLASS CERTIFICATION, AND *DAUBERT* MOTIONS**

Plaintiff respectfully submits this response to Defendant USAA's Motion for Hearing (Dkt. No. 69). The Parties are currently briefing Plaintiff's Motion for Class Certification, Defendant's Motion to Exclude Expert Declaration of Scott J. Witt, and Defendant's Motion for Summary Judgment.

Plaintiff requested a hearing on his Motion for Class Certification (Dkt. 54) and continues to believe that oral argument would be beneficial. Plaintiff takes no position on whether oral argument would be helpful with respect to the Motion to Exclude and the Motion for Summary Judgment, and understands, pursuant to the Court's Fact Sheet, that the Court will set a hearing if it deems one is appropriate.

Dated: March 9, 2020                                Respectfully submitted,

                                                    By: */s/ Daniel C. Girard*

                                                    Daniel C. Girard (*pro hac vice*)
                                                    Elizabeth A. Kramer (*pro hac vice*)

**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846
*dgirard@girardsharp.com*
*ekramer@girardsharp.com*

Larry R. Veselka (State Bar No. 20555400)
**Smyser Kaplan & Veselka, L.L.P.**
700 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: (731) 221-2325
Facsimile:  (713) 221-2320
*lveselka@skv.com*

Norman E. Siegel (*pro hac vice*)
Ethan M. Lange (State Bar No. 24064150)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714-7101
*siegel@stuevesiegel.com*
*lange@stuevesiegel.com*

John J. Schirger (*pro hac vice*)
Matthew W. Lytle (*pro hac vice*)
Joseph M. Feierabend (*pro hac vice*)
**MILLER SCHIRGER, LLC**
4520 Main Street, Suite 1570
Kansas City, Missouri 64111
Tel: 816-561-6500
Fax: 816-561-6501
*jschirger@millerschirger.com*
*mlytle@millerschirger.com*
*jfeierabend@millerschirger.com*

*Attorneys for Plaintiff Roy C. Spegele*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2020, a true and correct copy of Plaintiff's Response to Defendant USAA Life Insurance Company's Motion for Hearing on Summary Judgment, Class Certification, and Daubert Motions, was sent via CM/ECF to all counsel of record.

*/s/ Daniel C Girard*
Daniel C. Girard
