Case 5:17-cv-00967-OLG   Document 118   Filed 08/31/21   Page 1 of 1

**FILED**
August 31, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____JU_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROY C. SPEGELE, individually and on behalf of all others similarly situated, | § | |
| Plaintiff, | § | |
| v. | § | Civil No: SA-17-CV-0967-OLG |
| | § | |
| | § | |
| USAA LIFE INSURANCE COMPANY, | § | |
| Defendants, | § | |

ORDER ADMINISTRATIVELY CLOSING CASE

On August 26, 2021, the Court entered Order and Final Judgment Granting Final Approval of Class Action Settlement (see docket no. 116).   Accordingly, the Court hereby administratively CLOSES this case while retaining jurisdiction over this action and the parties, attorneys and Settlement Class Members for all matters relating to this action, including (without limitation) the administration, interpretation, and effectuation or enforcement of the Settlement Agreement.   The Clerk of the Court is ORDERED to close this case upon entry of this Order.   If the parties wish to reopen this case, they may do so by filing a motion to reopen.

It is so ORDERED.

Signed this   31st   day of August 2021.

ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE